IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SERINA S. BURKS,

    Petitioner,

v.

                                                Civ No. 25-0710-KG-SCY

CARL WILKIN, *et al*,

    Respondents.

## ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

This matter is before the Court on Petitioner's Motion to Proceed *In Forma Pauperis*. (Doc. 2) (Motion). Petitioner is a state prisoner and is proceeding *pro se*. She seeks to prosecute her 28 U.S.C. § 2254 habeas petition without prepaying the $5.00 habeas filing fee. The Motion is deficient because it does not attach a certified copy of Petitioner's inmate account statement. *See* Habeas Corpus Rule 3(a)(2) (requiring courts to consider the final account balance to determine if a petitioner can afford the $5.00 fee). The Court previously directed Petitioner to file the inmate account statement by November 8, 2025. (Doc. 3). The Order warns that the failure to timely comply may result in denial of *in forma pauperis* relief and/or dismissal of this case.

Petitioner did not comply or show cause for her failure to file an account statement. However, it appears that this is Petitioner's only chance to pursue a timely Section 2254 claim based on the one-year habeas limitation period. *See* 28 U.S.C. § 2244 (a habeas petition must generally be filed within one year after the criminal judgment becomes final). For that reason, the Court will deny the Motion, rather than dismissing at this stage. Within thirty (30) days of entry of this Order, Petitioner must pay the $5.00 habeas filing fee. The failure to timely comply will result in dismissal of this case without further notice, and any future Section 2254 petitions will

likely be time-barred.

    IT IS ORDERED:

1. Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 2) is denied.

2. Petitioner must pay the $5.00 filing fee within thirty (30) days of entry of this Order.

    /s/Kenneth J. Gonzales
    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.